UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY JOHNSON,

    Plaintiff,

v.

SADZEWICZ, *et al*,

    Defendants.
_____/

Case No. 05-71083

DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE
R. STEVEN WHALEN

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [DE 51] AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [DE 37]

The Court has reviewed the Report and Recommendation, as well as the relevant pleadings, and agrees with the Report and Recommendation. Therefore,

IT IS HEREBY ORDERED that the Report and Recommendation [DE 51] is ADOPTED as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that Defendant's motion for summary judgment [DE 37] is GRANTED.

SO ORDERED.

s/Arthur J. Tarnow
UNITED STATES DISTRICT JUDGE

DATE:    September 28, 2007

**Certificate of Service**

The undersigned certifies that a copy of the foregoing Order was served on the attorneys and/or parties of record herein by electronic means and/or First Class U.S. Mail on **September 28, 2007**.

s/Kim Grimes
Deputy Clerk